**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7              IN THE UNITED STATES DISTRICT COURT
8              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                         SAN JOSE DIVISION

| | |
|---|---|
| EOP-Peninsual Office Park, LLC, | NO. C 06-03163 JW |
| Plaintiff, | **ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| Connectix Corp., et al., | |
| Defendants. | |

The Court continues the status conference presently scheduled for September 25, 2006 to **October 16, 2006 at 10 a.m.** The parties' request to appear telephonically for the September 25 conference is moot.

Dated: September 12, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amy Matthew AM@MSANDR.COM
James A. Tiemstra jat@tiemlaw.com
Jess B. Millikan jess.millikan@bullivant.com
Michael S. Greger mgreger@allenmatkins.com

**Dated: September 12, 2006**                    **Richard W. Wieking, Clerk**

                                                **By:   /s/ JW Chambers**
                                                          **Elizabeth Garcia**
                                                          **Courtroom Deputy**

**United States District Court**
For the Northern District of California