IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EOP-Peninsula Office Park, LLC, | NO. C 06-03163 JW |
|     Appellant, | **ORDER VACATING STATUS CONFERENCE** |
| v. | |
| Connectix Corp., et al., | |
|     Appellee. | |

On its own motion, the Court vacates the status conference currently scheduled for October 16, 2006. The Court will advise the parties of any need for a future status conference.

Dated: October 6, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amy Matthew AM@MSANDR.COM
James A. Tiemstra jat@tiemlaw.com
Jess B. Millikan jess.millikan@bullivant.com
Michael S. Greger mgreger@allenmatkins.com

**Dated: October 6, 2006**                             **Richard W. Wieking, Clerk**

                                          **By:   /s/ JW Chambers**
                                                **Elizabeth Garcia**
                                                **Courtroom Deputy**