IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EOP - PENINSULA OFFICE PARK, LLC,

Plaintiff,

v.

CONNECTIX CORPORATION,

Defendant.

*E-FILED - 12/20/07*

CASE NO.: C-07-03192-RMW

**ORDER OF REFERRAL**

The above-entitled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable James Ware for consideration of whether the case is related to *In Re: Connectix Corporation - Case No.: C-06-03163-JW.*

IT IS SO ORDERED.

DATED: December 20, 2007

RONALD M. WHYTE
U. S. District Judge

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2