REIDUN STRØMSHEIM # 104938
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235

Attorneys for Trustee in
In re Connectix Corporation, Case No. 05-55648 MM,
CAROL W. WU

*IT IS SO ORDERED*
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

EOP - Peninsula Office Park, LLC,

    Appellant,

v.

Connectix Corp., et al.,

    Appellees.

Case No. C 06-03163 JW

**STIPULATION FOR DISMISSAL OF APPEAL**

Pursuant to Rule 8001(c)(2), F.R.Bankr.P., all of the parties hereto do hereby stipulate to the voluntary dismissal of the within appeal pursuant to duly-approved compromise of controversy in the bankruptcy case of Connectix Corporation, Case No. 05-55648 MM, requesting therefore that the Clerk of the United States District Court enter an order dismissing the appeal.

AGREED TO BY:

Dated: February 11, 2008

                                        STROMSHEIM & ASSOCIATES

                                        By *Linda Sorensen*
                                        LINDA SORENSEN, attorneys for
                                        CAROL W. WU, Trustee, Appellee

Dated: February___, 2008

LAW OFFICES OF JAMES A. TIEMSTRA

By _____*James A. Tiemstra*_____
JAMES A. TIEMSTRA
Attorneys for Debtor, Connectix Corporation, Appellee

Dated: February ___, 2008

BULLIVANT HOUSER BAILEY PC

By _____*C. Todd Norris*_____
C. TODD NORRIS
Attorneys for Insiders Roy K. McDonald, Jonathan F. Garber, Bonnie E. Fought, Alan Mendelson and Frank Levinson, Appellees

Dated: February ___, 2008

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP

By _____*A. Kenneth Hennesay, Jr.*_____
Attorneys for Creditor EOP-Peninsula Office Park, L.L.C., Appellant

**\*\*\* ORDER \*\*\***

The Clerk shall close this file.

Dated: February 27, 2008

_____
JAMES WARE
United States District Judge